USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                           :

EVAN SAMANTHA SCHONINGER,      :

                                           :

                            Plaintiff,   :                          1:26-cv-4614-GHW

                                         :

                -against-      :

                                         :                           ORDER

EXPERIAN INFORMATION SOLUTIONS,  :
INC, *et al.*,                               :

                                         :

                         Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on June 1, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than June 15, 2026. Additionally, counsel for Plaintiff and for Defendants Experian Information Solutions, Inc, Equifax Information Services, LLC, and Trans Union LLC are directed to promptly file notices of appearance in this case.  Counsel for Defendant Nelnet Servicing, Inc. is directed to serve a copy of this order on Plaintiff and the non-removing Defendants, and to retain proof of service.

      SO ORDERED.

Dated:  June 2, 2026
        New York, New York

                                        _____
                                        GREGORY H. WOODS
                                    United States District Judge